[Civil No. 739.]

JAMES D. MARLAR, Appellant, v. THE MARICOPA CANAL COMPANY, a Corporation, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. Webster Street, Judge.

W. H. Stilwell, and Kibbey & Edwards, Attorneys for Appellant.

C. F. Ainsworth, Attorney for Appellee.

March 19, 1902. Reversed.

See decision on rehearing, *post*.

[Civil No. 740.]

TOM BROCKMAN, Appellant, v. THE GRAND CANAL COMPANY, a Corporation, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. Webster Street, Judge.

W. H. Stilwell, and Kibbey & Edwards, Attorneys for Appellant.

C. F. Ainsworth, Attorney for Appellee.

March 19, 1902. Reversed.

See opinion on rehearing, *post*, p. 451.

[Civil No. 785.]

JUAN ESPINOSO, Appellant, v. QUILINO ESPINOSO, Appellee. W. Y. PRICE, Defendant.

APPEAL from the District Court of the Second Judicial District in and for the County of Pinal. F. M. Doan, Judge.

Jesse Hardesty, Attorney for Appellant.

W. H. Griffin, and Owen T. Rouse, Attorneys for Appellee.

October 31, 1902. Dismissed.